# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3655

Paradigm Energy Partners, LLC

Appellee

v.

Mark Fox, in his official capacity as Chairman of the Tribal Business Council of the Mandan, Hidatsa & Arikara Nation and Chief Nelson Heart, in his official capacity as Chief of Police for the Mandan, Hidatsa & Arikara Nation

Appellants

_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:16-cv-00304-DLH)
_____

## AMENDED ORDER

Upon consideration of Appellee's Notice of Mootness and Motion to Dismiss and supporting Declaration, Appellants' Opposition to Motion to Dismiss, and Appellee's Reply to Appellants' Opposition to Motion to Dismiss, we remand this case to the district court for a determination of whether the court's Order Granting Plaintiff's Motion for Preliminary Injunction should be vacated.

October 19, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans