# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Paradigm Energy Partners, LLC,

       Plaintiff,

  v.                                        Case No. 1:16-cv-304

Fox, et al.

       Defendants.

## Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date: November 2, 2016 |
| Bismarck, North Dakota | Time: 10:00 a.m. |
| Court Reporter: Sandie Ehrmantraut | Recess: 10:20 a.m. |
| Proceeding: Status Conference - Chambers | Clerk: Judy L. Reile |

Appearances:
    Anthony J. Shaheen, Andrew C. Emrich, and Jessica Schmidt, Attorneys for Plaintiff Paradigm Energy Partners, LLC (via telephone)
    Jeffrey S. Rasmussen, John Fredericks, III, Timothy Q. Purdon, and Kaitlyn J. Johnson, Attorneys for Defendants Mark Fox and Chief Nelson Heart (via telephone)

Court in chambers.
Court notes appearance of counsel via teleconference.
Court and parties review status of case, including matters regarding USCA's Remand Order.
Court in recess.